### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          Chapter 13
    **JONEEN M. WALKER,**          :
        **Debtor**          :          Bky. No.  19-13986 ELF

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #56) is **APPROVED**.


**Date:  November 17, 2020**

                  **ERIC L. FRANK**
                  **U.S. BANKRUPTCY JUDGE**