# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13986-ELF

JONEEN M WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JONEEN M WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Date: 1/21/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee