United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                              Case No. 19-13986-elf

Joneen M. Walker                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                              User: admin                                                Page 1 of 2

Date Rcvd: Jul 07, 2021                                  Form ID: pdf900                                    Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14345736 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14345737 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14345738 | + | Aes/pheaa Rehabs, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14345739 | + | Aes/pheaa Rehabs, Pob 61047, Harrisburg, PA 17106-1047 |
| 14365016 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14408364 | + | National Educational Accept, UCC, PO BOX 1075, St. Charles, MO 63302-1075 |
| 14406740 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14345743 | + | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14345744 | ++ | UNITED CREDIT AND COLLECTIONS, PO BOX 1075, ST CHARLES MO 63302-1075 address filed with court:, United Credit Co, Attn: Bankruptcy, 512 Madison St, St Charles, MO 63301 |
| 14345745 | + | United Credit Co, 1550 Wall St, Saint Charles, MO 63303-3545 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14390726 | | Email/Text: megan.harper@phila.gov | Jul 08 2021 00:15:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14345740 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 00:26:51 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14351674 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 00:26:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14346884 | + | Email/Text: bankruptcy@cavps.com | Jul 08 2021 00:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14345741 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2021 00:26:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14345742 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2021 00:26:51 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14377476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 00:26:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14448868 | + | Email/Text: blegal@phfa.org | Jul 08 2021 00:15:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2021 | Form ID: pdf900 | Total Noticed: 18

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| PAUL H. YOUNG | on behalf of Debtor Joneen M. Walker support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JONEEN M WALKER | Chapter 13 |
| Debtor | Bankruptcy No. 19-13986-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: July 7, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Debtor:
JONEEN M WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151-