**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JONEEN M WALKER

Chapter 13

Debtor    Bankruptcy No. 19-13986-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  July 7, 2021

Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PAUL H YOUNG  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020-

Debtor:  
JONEEN M WALKER

6212 CALLOWHILL STREET

PHILADELPHIA, PA 19151-